NUMBER 13-06-632-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________


BARBARA (VALENTINE) HADAMEK, Appellant,


v.



THE STATE OF TEXAS, Appellee.

_______________________________________________________


On appeal from the 28th District Court 


of Nueces County, Texas.


_______________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam



 Appellant, BARBARA (VALENTINE) HADAMEK, perfected an appeal from a
judgment entered by the 28th District Court of Nueces County, Texas, in cause
number 03-CR-1939-A. Appellant has filed a motion to withdraw the notice of appeal. 
The motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to
withdraw her notice appeal, is of the opinion that appellant's motion to withdraw the
notice of appeal should be granted. Appellant's motion to withdraw the notice of
appeal is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and 

filed this the 25th day of January, 2007.